■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAVIER LUCIANO, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant failed to submit a written challenge to the jury panel prior to jury selection and thus waived his present claim of discrimination (CPL 270.10 [2]; *see, People v Consolazio,* 40 NY2d 446, 455; *People v Parker,* 125 AD2d 504). (Appeal from judgment of Supreme

Court, Erie County, Marshall, J.—sexual abuse, first degree; sexual abuse, second degree.) Present—Callahan, J. P., Doerr, Green, Balio and Davis, JJ.